LDA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHERWOOD BRANDS, INC. :
:
VS. : C.A. No.:
:
PENNSYLVANIA MANUFACTURERS' :
ASSOCIATION INSURANCE :
COMPANY :

CA 08 51 ML

**NOTICE OF REMOVAL**

Now comes the defendant, Pennsylvania Manufacturers' Association Insurance Company (hereinafter "PMA"), and respectfully requests that this Honorable Court remove the within action from the Rhode Island State Court, which was served on the defendant on or about February 5, 2008. As grounds therefor, defendant states that 28 U.S.C. § 1441(b) allows a claim to be removed "if none of the parties in interest properly joined and served as defendant is a citizen of the State in which such action is brought." Furthermore, § 1441(a) allows the defendant to remove the case "to the District Court of the United States for the district and division embracing the place where such action is pending." As is seen by the attached underlying complaint, the plaintiff is a Massachusetts corporation and the property at issue is located in New Bedford, Massachusetts. The defendant is a Pennsylvania corporation with its principal place of business in the State of Pennsylvania.

The plaintiff has alleged through correspondence to the defendant that its damages for this claim total $360,000. As such, there is a complete diversity of parties, the defendant is not a citizen of Rhode Island and the amount in controversy exceeds $75,000. As such, the case should be removed to the Rhode Island Federal District Court. 28 U.S.C. § 1332(a).

Defendant, Pennsylvania Manufacturers' Association
Insurance Company
By its Attorney,

Kevin J. Holley #4639
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Direct Dial: (401) 521-2622
Fax: (401) 521-6901
E-Mail: kholley@gunninglafazia.com

CERTIFICATION

I hereby certify that I mailed a copy of the within notice of removal to Robert D. Fine, Esq., One Park Row, Providence, RI 02903, on this 14th day of February, 2008.

Dawn Clarke