STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

SHERWOOD BRANDS, INC.

-V-

PC. No. 08-652

PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY

## COMPLAINT

1. Plaintiff Sherwood Brands, Inc. is and was at all relevant times the beneficial owner of 27 Healy Street, New Bedford, Massachusetts, a manufacturing plant.

2. Defendant Pennsylvania Manufacturers' Association Insurance Company ("PMA") now is and at all times relevant to this action was a corporation organized and existing under the laws of Pennsylvania and is authorized to and does engage in the business of writing wind storm insurance in Rhode Island and Massachusetts, among many other states.

3. Defendant PMA issued and delivered to Plaintiff a certain policy of insurance, numbered 820500-76-39-06-5, insuring among other properties the building located at 27 Healy Street, New Bedford, Massachusetts, as well as buildings in Maryland, Virginia and Rhode Island.

4. In consideration of the issuance and delivery of the policy by Defendant to Plaintiff, Plaintiff paid a premium for the policy term from October 3, 2005 to October 3, 2006.

5. On or about November 11, 2005, while the policy was in full force and effect, Plaintiff's building and personal property located on the real estate described above was damaged during a wind storm and rain storm, hazards covered under the policy. In the course of one hour, the wind and rain resulted in the presence of hundreds of leaks to the roof. Plaintiff's property was insured under the policy against damage by such an occurrence and the personal property of Plaintiff was also insured under the policy against damage by that occurrence.

6. In accordance with the requirements of the policy, Plaintiff notified Defendant in writing of the damage to the building and personal property occasioned by the wind storm and rain storm. Defendant's agent inspected the building and personal property damage.

7. Defendant, blaming other causes, denied liability under the policy.

8. Plaintiff has performed all of Plaintiff's obligations under the contract of insurance and is entitled to payment of its building and personal property damage in accordance with the policy terms.

9. Defendant has refused to pay Plaintiff any sum for damages suffered which damages are covered under the Defendant's policy of insurance with Plaintiff.

10. Defendant owes Plaintiff under Defendant's policy of insurance compensatory damages under the policy of insurance.

WHEREFORE, Plaintiff requests:

1. Judgment against Defendant in an amount of Plaintiff's damages, with interest on the amount as allowed by law.

2. Cost of suit; and

3. Such other further relief as the Court deems just and proper.

SHERWOODS BRANDS, INC.

By its attorneys,

Robert D. Fine, Esq. (2447)
Douglas J. Emanuel, Esq. (5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411

REQUEST FOR JURY TRIAL

Plaintiff herein demands a trial by jury.

Robert D. Fine, Esq. (2447)
Douglas J. Emanuel, Esq. (5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903