UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHERWOOD BRANDS, INC. | : | |
| | : | |
| VS. | : | C.A. No.: 08-51ML |
| | : | |
| PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY | : | |

**ANSWER OF DEFENDANT**
**TO PLAINTIFF'S COMPLAINT**

1. Defendant is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 1 of the complaint but leaves the plaintiff to its proof.

2. Defendant admits that it is a Pennsylvania corporation in that it provides insurance coverage within the states of Rhode Island and Massachusetts, among others.

3. Defendant admits the allegations contained in Paragraph 3 of the complaint.

4. Defendant admits the allegations contained in Paragraph 4 of the complaint.

5. Defendant denies that the actions and damages alleged in Paragraph 5 of the complaint are covered by the insurance policy at issue but admits that said policy was in effect at the time of the alleged loss.

6. Defendant admits that the plaintiff's agent sent a fax on December 5, 2005 advising of the loss having occurred on November 11, 2005 but denies that said notice was in accordance with the policy. Defendant admits that at its direction an inspection of the building and personal property was performed.

7. Defendant admits that it has denied payment for this claim as the loss is not covered under the policy.

8. Defendant denies that the plaintiff is entitled to payment under the policy.

9. Defendant denies that the plaintiff's alleged losses are covered under the defendant's policy.

10. Defendant denies the allegations contained in Paragraph 10 of the complaint.

AFFIRMATIVE DEFENSES

1. Defendant hereby pleads the defense of failure to mitigate damages.

2. Defendant hereby pleads the defense of laches.

**Defendant hereby demands a trial by jury.**

WHEREFORE, defendant, Pennsylvania Manufacturers' Association Insurance Company, demands that the complaint be dismissed and it be awarded costs.

By its Attorney,

/s/ Kevin J. Holley
Kevin J. Holley #4639
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Direct Dial: (401) 521-2622
Fax: (401) 521-6901
E-Mail: kholley@gunninglafazia.com

CERTIFICATION

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record. The document is available for viewing and downloading through the ECF system.

/s/ Kevin J. Holley
Kevin J. Holley #4639