UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHERWOOD BRANDS, INC. | : | |
| VS. | : | C.A. No.: 08-51ML |
| PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY | : | |

RECEIVED
FEB 19 2008
Property of U.S. District Court
District of Rhode Island

## FILING OF STATE COURT RECORD

Now comes the defendant, North American Family Institute, Inc., and herein files, pursuant to Local Rule 81(b) of the U.S. District Court, the attested State Court record and docket sheet.

Defendant, Pennsylvania Manufacturers' Association
Insurance Company
By its Attorney,

Kevin J. Holley #4639
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Direct Dial: (401) 521-2622
Fax: (401) 521-6901
E-Mail: kholley@gunninglafazia.com

CERTIFICATION

I hereby certify that I mailed a copy of the within to Robert D. Fine, Esq., One Park Row, Providence, RI 02903, on this 18th day of February, 2008.

Dawn Clarke

STATE RHODE ISLAND AND PROVIDENCE PLA... ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-0682 SHERWOOD BRANDS INC V PENNSYLVANIA MFG ASSOC INS

Filing Date: 02-04-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 02-15-2008

Plaintiff: SHERWOOD BRANDS INC.
ID: @10127764

Attorney: ROBERT FINE

Defendant: PENNSYLVANIA MANUFACTURING INS.
ID: @10119234

Scheduled Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Prior Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
| --- | --- | --- | --- |

Docket Entry Information

| Date | Description | Text |
| --- | --- | --- |
| 02-04-2008 | COMPLAINT FILED | |
| 02-04-2008 | INITIAL FILING FEE | |
| 02-04-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP265488. |
| 02-15-2008 | NOTICE OF REMOVAL | |
| 02-15-2008 | CASE REMVD TO US DISTRICT CT | |
| 02-15-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island