UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHERWOOD BRANDS, INC. | : | |
| VS. | : | C.A. No.: 08-51ML |
| PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY | : | |

**FILING OF STATE COURT RECORD**

Now comes the defendant, Pennsylvania Manufacturers' Association Insurance Company, and herein files, pursuant to Local Rule 81(b) of the U.S. District Court, the attested State Court record and docket sheet.

Defendant, Pennsylvania Manufacturers' Association Insurance Company
By its Attorney,

Kevin J. Holley #4639
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Direct Dial: (401) 521-2622
Fax: (401) 521-6901
E-Mail: kholley@gunninglafazia.com

CERTIFICATION

I hereby certify that I mailed a copy of the within to Robert D. Fine, Esq., One Park Row, Providence, RI 02903, on this 20th day of February, 2008.

This fax was sent with GFI FAXmaker fax server. For more information, visit: http://www.gfi.com