UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SHERWOOD BRANDS, INC.

-V- No. 08-51 ML

PENNSYLVANIA MANUFACTURERS'
ASSOCIATION INSURANCE COMPANY

PLAINTIFF'S RULE 16 CONFERENCE STATEMENT

Now comes plaintiff in the above-entitled matter and hereby submits its written statement in advance of the Rule 16 conference. Plaintiff has filed suit against its real property insurance carrier alleging that damage to the roof of plaintiff's building was damaged by wind and rain, which is a covered event. Defendant insurance company alleges that the roof damage was caused by wear and tear and is an excluded event under the insurance policy. Plaintiff's principal and plaintiff's expert are prepared to testify in support of plaintiff's claim and it is presumed that defendant will have testimony to the contrary. Plaintiff has made available to defendant the preliminary expert report.

Counsel for both parties have conferred regarding the nature of the dispute, which will in all likelihood become a "battle of the experts."

SHERWOODS BRANDS, INC.

By its attorneys,

Robert D Fine

Robert D. Fine, Esq. (2447)
Douglas J. Emanuel, Esq. (5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411