UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SHERWOOD BRANDS, INC.

v.                                    CA 08-051 ML

PENNSYLVANIA MANUFACTURERS'
ASSOCIATION INSURANCE CO.

ORDER

This matter is before the Court on the Report and Recommendation issued by

Magistrate Judge Almond on December 7, 2010. No objection has been filed and the

time for doing so has passed. The Court adopts the Report and Recommendation.

Defendant's Motion for Summary Judgment is DENIED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
December 29 , 2010